# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Tony Crocker and Wendy Crocker, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MLB Consulting, L.L.C., Nuverra | ) | |
| Environmental Solutions, Inc. and | ) | |
| Fidelity Exploration & Production | ) | |
| Company, | ) | |
| | ) | Case No. 4:14-cv-101 |
| Defendants. | ) | |

Before the court are motions for attorneys Robert C. Hilliard, Catherine D. Tobin, and T. Christopher Pinedo to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert C. Hilliard, Catherine D. Tobin, and T. Christopher Pinedo have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos 12-14) are **GRANTED**. Attorneys Robert C. Hilliard, Catherine D. Tobin, and T. Christopher Pinedo are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2014..

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge