# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Tony Crocker and Wendy Crocker, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| MLB Consulting, LLC, Nuverra Environmental Solutions, Inc., and Fidelity Exploration & Production Company, | ) ) ) ) | |
| | ) | Case No. 4:14-cv-101 |
| Defendants. | ) | |

Before the court are motions for attorneys Matthew G. Plowman and Russell S. Ponessa to appear *pro hac vice* on behalf of Defendant Nuverra Environmental Solutions, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Matthew G. Plowman and Russell S. Ponessa have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 18 and 19) are **GRANTED**. Attorneys Matthew G. Plowman and Russell S. Ponessa are admitted to practice before this court in the above-entitled action on behalf of Defendant Nuverra Environmental Solutions, Inc.

**IT IS SO ORDERED.**

Dated this 17th day of October, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge